

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2015

No. 04-14-00887-CR

Ricky Allenwentzel **CALBAT**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR14-049
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

    The Appellant's second extension to file the brief is GRANTED IN PART. Time is extended to June 15, 2015. **No further extensions will be granted.**

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2015.

_____
Keith E. Hottle
Clerk of Court